■ ROYAL INSTITUTION FOR THE ADVANCEMENT OF LEARNING, More Commonly Known as MCGILL UNIVERSITY, Appellant, v EDMUND CARPENTER et al., Respondents, et al., Defendants. — Order, Supreme Court, New York County (Alvin F. Klein, J.), entered on September 23, 1982, unanimously affirmed, without costs and without disbursements. The appeal from the order entered on March 23, 1982 is dismissed as having been superseded by the appeal from the order of September 23, 1982, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Bloom, Milonas and Alexander, JJ.